UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL R. HOLMES** | **CIVIL ACTION** |
| **VERSUS** | **No. 23-1247** |
| **ROBERT M. WHITE, ET AL.** | **SECTION I** |

### JUDGMENT

On this date, the Court issued an order and reasons granting defendants Daniel R. Martiny's and Sheriff Gerald A. Turlich, Jr.'s (collectively, "defendants") motion[1] for summary judgement. Accordingly,

**IT IS ORDERED** that plaintiff Micheal Holmes's ("Holmes") § 1983 conspiracy claim and any state-law delictual claims that rely on the alleged threats to reinstate criminal charges are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that, to the extent that Holmes maintains any state-law claims not previously identified to this Court, Holmes's state-law claims are **DISMISSED WITHOUT PREJUDICE** to their being timely asserted in state court.

New Orleans, Louisiana, October 9, 2024.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 81.